1  BRIAN J. STRETCH (CABN 163973)
   Acting United States Attorney
2
3  DAVID R. CALLAWAY (CABN 121782)
   Chief, Criminal Division
4  MICHAEL MAFFEI (CABN 240978)
   Assistant United States Attorney
5
6  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-7246
7  FAX: (415) 436-7027
   Email: mike.maffei@usdoj.gov
8
   Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 15-0272 VC |
| Plaintiff, | |
| v. | **NOTICE OF DISMISSAL AS TO DEFENDANT JAMES WAYNE HOWARD** |
| JAMES WAYNE HOWARD, | |
| Defendant. | |

   With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the Acting United States Attorney for the Northern District of California dismisses the Indictment with respect to Defendant James Wayne Howard.

Dated March 25, 2016                Respectfully submitted,

                                    BRIAN J. STRETCH
                                    Acting United States Attorney

                                    /s/
                                    DAVID R. CALLAWAY
                                    Chief, Criminal Division

NOTICE OF DISMISSAL AND [PROPOSED] ORDER OF DISMISSAL
CR 15-0272 VC, United States v. James Wayne Howard

# [PROPOSED] ORDER

Leave is granted to the government to dismiss the Indictment as to Defendant James Wayne Howard, and this case is dismissed.

IT IS SO ORDERED.

DATED: March 28, 2016

_____
HON. VINCE CHHABRIA
United States District Judge