STEVEN G. KALAR
Federal Public Defender
GALIA AMRAM (CABN 250551)
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:     (415) 436-7700
Facsimile:      (415) 436-7706
Galia_Amram@fd.org

Counsel for Defendant HOWARD

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | CR No. 15-0272 VC (SK) |
|---|---|
| Plaintiff, | [~~PROPOSED~~] **ORDER** |
| v. | |
| JAMES WAYNE HOWARD | |
| Defendant. | |

As the Government has filed a Notice of Dismissal in this matter (Docket 51), the bond is hereby exonerated.

IT IS SO ORDERED.

Dated: March 29, 2016                                    _____
                                                                                 HON. VINCE CHHABRIA
                                                                                 United States District Court

*UNITED STATES V. JAMES WAYNE HOWARD, CR 15-0272 VC*
[Proposed] Order                                                    1